Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's, Lubbock, TX, for Defendant–Appellant.

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jack WILLIE, Defendant–Appellant.**

**No. 08–30413**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 7, 2009.

Matthew M. Coman, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Gonzalo LOYA–SOTELLO also known as, Armando Gomez–Sotelo, Defendant–Appellant.**

**No. 08–10567.**

United States Court of Appeals, Fifth Circuit.

April 7, 2009.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.